IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| DENISE A. ISENHOUR,<br><br>        Plaintiff,<br><br>v.<br><br>BLYTHE CONSTRUCTION, INC.,<br><br>        Defendant. | C.A. No. 3:20-cv-661 |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to 41(a) of the Federal Rules of Civil Procedure, the parties to this action stipulate that this action shall be dismissed with prejudice in its entirety. Each party with bear her or its own attorneys' fees and costs.

Dated this the 11th day of April, 2022.

| | |
|---|---|
| /s/Todd J. Combs<br>Todd J. Combs<br>Combs Law, PLLC<br>1865 Mecklenburg Hwy<br>Mooresville, NC 28115<br>Telephone: (704) 799-2662<br>Email: Todd@combslaw.org<br>*Attorney for Plaintiff* | /s/S. Abigail Littrell<br>Kelly S. Hughes<br>S. Abigail Littrell<br>Ogletree, Deakins, Nash, Smoak & Stewart, P.C.<br>201 South College Street, Suite 2300<br>Charlotte, North Carolina 28244<br>Telephone: (704) 342-2588<br>Email: Kelly.hughest@ogletree.com<br>Abby.littrell@ogletree.com<br>*Attorneys for Defendant* |

## CERTIFICATE OF SERVICE

I, S. Abigail Littrell, hereby certify that on this day I electronically filed the foregoing **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** with the Clerk of Court using the CM/ECF system, which will send notification to the following individuals:

Todd J. Combs
Combs Law, PLLC
1865 Mecklenburg Hwy
Mooresville, NC 28115
Telephone: (704) 799-2662
Email: Todd@combslaw.org
*Attorney for Plaintiff*

Dated this the 11th day of April, 2022.

/s/S. Abigail Littrell
S. Abigail Littrell, NC #49354
*Attorney for Defendant*
OGLETREE, DEAKINS, NASH,
 SMOAK & STEWART, P.C.
201 South College Street, Suite 2300
Charlotte, North Carolina 28244
Telephone: 704.405.3131
Facsimile: 704.342.4379
E-mail: abby.littrell@ogletree.com